**STATE of Missouri, Respondent,**

v.

**Sandra HEMME, Appellant.**

**No. WD 37327.**

Missouri Court of Appeals,
Western District.

March 25, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 24, 1986.

Application to Transfer Denied
June 17, 1986.

Robert G. Duncan, Kansas City, for appellant.

William Webster, Atty. Gen., Paul Larose, Asst. Atty. Gen., Jefferson City, for respondent.

Before DIXON, P.J., and MANFORD and NUGENT, JJ.

### ORDER

PER CURIAM:

Direct appeal from a jury conviction for capital murder, in violation of § 565.001, RSMo 1978.

Judgment affirmed. Rule 30.25(b).